# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **REPUBLIC FRANKLIN INSURANCE CO.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**TRAVELERS CASUALTY INSURANCE CO. OF AMERICA.**<br><br>    Defendant. | Civ. No. 2:17-cv-4593 (WJM)<br><br>**ORDER** |

## WILLIAM J. MARTINI, U.S.D.J.

**THIS MATTER** comes before the Court on the parties' competing motions for summary judgment. ECF Nos. 80, 81. For the reasons set forth in the accompanying Opinion, and for good cause appearing;

**IT IS** on this 6th day of July 2022,

**ORDERED** that Plaintiff Republic Franklin Insurance Company's motion, ECF No. 81, is **DENIED**; and it is further

**ORDERED** that Defendant Travelers Casualty Insurance Company of America's motion, ECF No. 80, is **GRANTED** and the Complaint is **DISMISSED** with prejudice; and it is further

**ORDERED** that the Clerk of Court shall mark this matter **CLOSED**.


                                            /s/ William J. Martini
                                   **WILLIAM J. MARTINI, U.S.D.J.**